

# NUMBER 13-25-00374-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

VAL CONSTRUCTION INC.
AND RACIEL JUAREZ,                                                      Appellants,

v.

DR. AGUSTIN MARTINEZ, M.D.
AND A&J MARTINEZ, LP,                                                   Appellees.

## ON APPEAL FROM THE 93RD DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on appellants' motion to dismiss notice of appeal.

On July 28, 2025, the Clerk of the Court notified appellants that it appeared the order they

are attempting to appeal was unappealable. Appellants were further notified that if the

defect was not corrected within ten days from the date of the notice, the appeal would be

dismissed for want of jurisdiction.  *See* TEX. R. APP. P 37.1, 42.3. Appellants did not cure the defect and instead filed the motion to dismiss which is now before the Court.

The Court, having considered appellants' motion to dismiss notice of appeal and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed. *See id.* R. 42.1(1). Accordingly, appellants' motion to dismiss is granted, and the appeal is dismissed.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
12th day of August, 2025.